EDWARD C. ALEXION, as President of Association of Motor Vehicle Salesmen of Greater New York and Vicinity, et al., Respondents, v. E. H. GOODWIN MOTOR CAR COMPANY, INC., et al., Appellants, Impleaded with Another.

E. H. GOODWIN MOTOR CAR COMPANY, INC., Appellant, v. EDWARD C. ALEXION, as President of Association of Motor Vehicle Salesmen of Greater New York and Vicinity, Respondent, Impleaded with Another.

Argued June 9, 1942; decided July 29, 1942.

*Samuel Sumner Goldberg* and *Irving Hatterer* for appellants.

*Joseph Brill* and *Abraham J. Brill* for respondents.

PER CURIAM. The ground upon which the judgments are based is destroyed by the reversal of the judgment in *Alexion* v. *Hollingsworth*, 289 N. Y. 91, decided herewith. We do not now consider what may be the rights and relations of the parties viewed in the light of our decision in that case. Determination of such questions must be postponed until they are presented upon a new trial.

The judgments should be reversed and a new trial granted with costs to appellants to abide the event.

LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ., concur.

Judgments reversed, etc.